**Order entered June 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00710-CV

## IN RE DANA WALLACE SHELTON F/K/A DANA WALLACE BOURQUE, Relator

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-01651**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
           JUSTICE